PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                                       CASE NO.: 24-42820-MXM-13

**JORIS LYNN DIXON SR**
    6721 MORNINGCREST CT
    ARLINGTON, TX 76002
    SSN/TIN: XXX-XX-1565

**LACHEKA CHONTA WINFREY**
    6721 MORNINGCREST CT
    ARLINGTON, TX 76002
    SSN/TIN: XXX-XX-8946

**DEBTORS**                                                                    **HEARING: MARCH 20, 2025 AT 8:30 AM**

## TRUSTEE'S NOTICE OF INTENT TO
## CERTIFY CHAPTER 13 CASE FOR DISMISSAL IN FOURTEEN DAYS FOR PLAN PAYMENT DELINQUENCY

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 14 DAYS FROM THE DATE OF SERVICE. IF NO RESPONSE IS TIMELY FILED, THE NOTICE SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING IT.

After fourteen days from February 11, 2025, Trustee will certify this case for dismissal because Debtor did not timely pay one or more Plan Payments that were due to Trustee. The amount to bring all payments current in fourteen days is $10,350.00 which must be received by 4:00 PM on February 25, 2025. FAILURE TO TIMELY CURE THE DELINQUENCY OR FILE A RESPONSE SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.

## NOTICE OF HEARING

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

**Attend by WebEx Video**:                                            **Attend by WebEx Telephone**:

Link: https://us-courts.webex.com/meet/mullin              Dial-In: 1.650.479.3207
                                                                                         Meeting ID: 2310-650-8783

                                                                                         Respectfully submitted,

                                                                         By:      /s/ Ethan S. Cartwright
                                                                                Ethan S. Cartwright, Staff Attorney
                                                                                Bar No. 24068273
                                                                                PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                                                Bar No. 01344800
                                                                                860 Airport Freeway, Ste 150
                                                                                Hurst, TX 76054
                                                                                (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

                                                            By:   /s/ Ethan S. Cartwright
                                                                      Ethan S. Cartwright

JORIS LYNN DIXON SR
LACHEKA CHONTA WINFREY
6721 Morningcrest Ct
Arlington, TX  76002