Christopher M. Lee
State Bar No. 24041319
Jim Morrison
State Bar No. 14519050
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax

ATTORNEY FOR DEBTOR(S)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JORIS LYNN DIXON | § | CASE NO. 24-42820-MXM-13 |
| LACHEKA CHONTA WINFREY | § | |
| Debtor | § | HEARING DATE: MARCH 20, 2025 |
| | § | HEARING TIME: 8:30 a.m. |

**DEBTOR'S RESPONSE TO TRUSTEE'S NOTICE OF INTENT TO DISMISS DEBTOR'S CHAPTER 13 CASE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **JORIS LYNN DIXON AND LACHEKA CHONTA WINFREY**, Debtor in the above-styled and numbered cause and in response to the Standing Chapter 13 Trustee's Notice of Intent to Dismiss Chapter 13 Case would respectfully show the Court, as follows:

1. The Debtor admits that they are currently delinquent in their Trustee payments. The Debtor respectfully requests the court to not dismiss their case pursuant to the deadline to pay per the Notice of Intent to Dismiss.

    2.    Debtor would request that the Dismissal be delayed until March 20, 2025, to allow debtor time to bring the default current.

WHEREFORE, PREMISES CONSIDERED, Respondent prays that Trustee's Notice of Intent to Dismiss be denied and for such other and further relief in law and equity as the Court deems just.

Dated: February 21, 2025

        Respectfully Submitted,

        By: /s/ Christopher M. Lee
        Christopher M. Lee
        State Bar No. 24041319
        Jim Morrison
        State Bar No. 14519050
        LEE LAW FIRM, PLLC
        8701 Bedford Euless Rd, Ste 510
        Hurst, TX 76053
        469-646-8995 Phone
        469-694-1059 Fax

        ATTORNEY FOR DEBTOR(S)

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 21, 2025, a true and correct copy of the foregoing Response to Trustee's Notice of Intent to Dismiss Chapter 13 Case was served on the following parties in interest by first class mail:

**STANDING CHAPTER 13 TRUSTEE**
Pam Bassel
7001 Blvd. 26, Suite 150
North Richland Hills, TX 76180

**U.S. TRUSTEE**
United States Trustee
William T. Neary
1100 Commerce, Room 976
Dallas, TX 75242

**DEBTOR**:
Joris Lynn Dixon
6721 Morning Crest Court
Arlinton, Texas 76002


      /s/ Christopher M. Lee
      Christopher M. Lee
      State Bar No. 24041319
      ATTORNEY FOR DEBTOR(S)