PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                           CASE NO.: 24-42820-MXM-13

**JORIS LYNN DIXON SR**
    6721 MORNINGCREST CT
    ARLINGTON, TX 76002
    SSN/TIN: XXX-XX-1565

**LACHEKA CHONTA WINFREY**
    6721 MORNINGCREST CT
    ARLINGTON, TX 76002
    SSN/TIN: XXX-XX-8946

DEBTORS                                                                        **HEARING: APRIL 17, 2025 at 8:30 AM**

## NOTICE OF CONTINUED HEARING ON NOTICE OF INTENT TO DISMISS

A previously scheduled hearing for this matter has been continued.

                                                           Respectfully submitted,

                                       By:     /s/ Ethan S. Cartwright
                                                          Ethan S. Cartwright, Staff Attorney
                                                          Bar No. 24068273
                                                          PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                          Bar No. 01344800
                                                          860 Airport Freeway, Ste 150
                                                          Hurst, TX 76054
                                                          (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the  Debtors and the parties listed below, if any.

                                                           By:     /s/ Ethan S. Cartwright
                                                                        Ethan S. Cartwright

JORIS LYNN DIXON SR
LACHEKA CHONTA WINFREY
6721 MORNINGCREST CT
ARLINGTON, TX 76002