Christopher M. Lee
State Bar No. 24041319
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JORIS LYNN DIXON | § | 24-42820-MXM-13 |
| LACHEKA CHONTA WINFREY | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

### NOTICE OF HEARING

You are notified of the filing of the foregoing *Modification of Debtors Chapter 13 Plan.*

A hearing on this Modification will be heard at 8:30 a.m. on May 15, 2025.

The Modification will be heard before the Honorable Mark X. Mullin via WebEx, https://uscourts.webex.com/meet/mullin

                Respectfully Submitted,

                LEE LAW FIRM, PLLC

                By: /s/ Christopher M. Lee
                Christopher M. Lee
                State Bar No. 24041319
                LEE LAW FIRM, PLLC
                8701 Bedford Euless Rd, Ste 510
                Hurst, TX 76053
                469-646-8995 Phone
                469-694-1059 Fax

                ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 3, 2025 a true and correct copy of the foregoing was served on all parties in interest below and on the attached matrix.

**DEBTOR**:
**Joris Lynn Dixon**
**6721 Morning Crest Court**
**Arlinton, Texas 76002**

**STANDING CHAPTER 13 TRUSTEE**:
Pam Bassel
7001 Blvd. 26, Suite 150
North Richland Hills, TX 76180

**U.S. TRUSTEE**
Rm. 976
1100 Commerce Street
Dallas, TX 75242

**United States Attorney General**
Main Justice Building, Rm. 5111
10th & Constitution Ave
NW Washington D.C. 20530

LEE LAW FIRM, PLLC

By: /s/ Christopher M. Lee
Christopher M. Lee