```
Label Matrix for local noticing         Capital One Auto Finance, a division of Capi   Lakeview Loan Servicing, LLC
0539-4                                  4515 N Santa Fe Ave. Dept. APS                 c/o Codilis & Moody, P.C.
Case 24-42820-mxm13                     Oklahoma City, OK 73118-7901                   20405 State Highway 249
Northern District of Texas                                                             Suite 170
Ft. Worth                                                                              Houston, TX 77070-2620
Thu Apr  3 16:15:04 CDT 2025

Tarrant County                          U.S. Attorney                                  U.S. Attorney General
Linebarger Goggan Blair & Sampson, LLP  1100 Commerce, 3rd Floor                       Department of Justice
c/o Camille Stecker                     Dallas, TX 75242-1074                          Washington, DC 20001
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

501 W. Tenth Street                     Aspire Credit Card                             Attorney General
Fort Worth, TX 76102-3637               Attn: Bankruptcy                               PO Box 12017
                                        PO Box 105555                                  Austin, TX 78711-2017
                                        Atlanta, GA 30348-5555


CBE Group                               Capital One                                    Capital One Auto Finance
1309 Technology Pkwy                    PO Box 70886                                   PO Box 259407
Cedar Falls, IA 50613-6976              Charlotte, NC 28272-0886                       Plano, TX 75025-9407


Capital One Auto Finance, a division of Capital One Auto Finance, a division of Capi   Capital One N.A.
AIS Portfolio Services, LLC             P.O. Box 4360                                  by AIS InfoSource LP as agent
4515 N Santa Fe Ave. Dept. APS          Houston, TX 77210-4360                         PO Box 71083
Oklahoma City, OK 73118-7901                                                           Charlotte, NC  28272-1083


Credit Acceptance                       Credit Collection Services                     Credit One Bank
25505 W. 12 Mile Road 3000              PO Box 9136                                    PO Box 98875
Southfield, MI 48034-8331               Needham Heights, MA 02494-9136                 Las Vegas, NV 89193-8875


Discover Bank                           Discover Financial                             Goldman Sachs Bank USA
PO Box 3025                             Attn: Bankruptcy                               By AIS Infosource, LP as Agent
New Albany, OH  43054-3025              PO Box 3025                                    P.O. Box 4457
                                        New Albany, OH 43054-3025                      Houston, TX 77210-4457


IC Systems, Inc                         Internal Revenue Service                       Internal Revenue Service
Attn: Bankruptcy                        IRS - SBSE Insolvency Area 10                  Insolvency
PO Box 64378                            1100 Commerce St., MC 5026 DAL                 PO Box 7346
St. Paul, MN 55164-0378                 Dallas, TX 75242-1100                          Philadelphia, PA 19101-7346


(p)JEFFERSON CAPITAL SYSTEMS LLC        Joris Lynn Dixon, Sr                           LVNV Funding, LLC
PO BOX 7999                             6721 Morningcrest Court                        Resurgent Capital Services
SAINT CLOUD MN 56302-7999               Arlington, TX 76002-3573                       PO Box 10587
                                                                                       Greenville, SC 29603-0587


Lakeview Loan Servicing, LLC            Lakeview Loan Servicing, LLC                   Lee Law Firm, PLLC
c/o Codilis & Moody, P.C.               c/o LoanCare, LLC                              8701 Bedford Euless Rd 510
Suite 170                               3637 Sentara Way                               Hurst, TX 76053-3874
20405 State Highway 249, Suite 170      Virginia Beach, VA 23452-4262
Houston, TX 77070-2620
```

| | | |
|---|---|---|
| Linebarger, Goggan, Blair & Sampson, LLP<br>2777 N Stemmons Freeway 1000<br>Dallas, TX 75207-2328 | LoanCare llc<br>Attn: Bankruptcy<br>PO Box 8068, VA 23452 | Medical Center Of Arlington<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | Navy FCU<br>Attn: Bankruptcy<br>PO Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Cr Union<br>Attn: Bankruptcy<br>PO Box 3000<br>Merrifield, VA 22119-3000 |
| One Main Financial<br>6003 E Main St<br>Columbus, OH 43213-3356 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | Owings Auto Centers<br>519 E Division St<br>Arlington, TX 76011-7211 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PNC Financial<br>Attn: Bankruptcy 300Fifth Ave<br>Pittsburgh, PA 15222 | Pam Bassel<br>860 Airport Freeway Suite 150<br>Hurst, TX 76054-3256 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | RAM Receivables LLC<br>Agent of Huntington Debt Holdings<br>PO Box 25693<br>Memphis, TN 38125-8009 |
| Regions Bank/EnerBank USA<br>Attn: Bankruptcy Attn: Bankruptcy<br>650 S Main st , Ste 1000<br>Salt Lake City, UT 84101-2844 | (p)SELF INC<br>901 E 6TH STREET SUITE 400<br>AUSTIN TX 78702-3239 | Syncb/Rooms To Go<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Alcohol Beverage Commission<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 |
| Texas Employment Commission<br>TEC Building - Bankruptcy<br>101 E. 15th Street<br>Austin, TX 78778-0001 | U.S. Department of Housing and Urban Develop<br>307 W. 7th S t., Suite 1000<br>Fort Worth, TX 76102 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| United States Trustee<br>1100 Commerce St., Room 9C60<br>Dallas, TX 75242-9998 | Christopher Marvin Lee<br>Lee Law Firm, PLLC<br>8701 Bedford Euless Road<br>Suite 510<br>Hurst, TX 76053-3874 | Lacheka Chonta Winfrey<br>6721 Morningcrest Court<br>Arlington, TX 76002-3573 |
| Pam Bassel<br>Office of The Standing Ch.13 Trustee<br>860 Airport Freeway<br>Suite 150<br>Hurst, TX 76054-3256 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 | (d)Jefferson Capital Systems, LLC<br>Po Box 7999<br>St. Cloud, MN 56302-9617 | Mission Lane LLC<br>Attn: Bankruptcy<br>P.O. Box 105286<br>Atlanta, GA 30348 |
| PNC Bank NA<br>Bankruptcy Department<br>PO BOX 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates, LLC<br>c/o The Bank Of Missouri<br>POB 41067<br>Norfolk VA 23541 | Self Financial Inc.<br>Attn: Bankruptcy 515 Congress Ave #<br>Austin, TX 78701 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>P.O. BOX 13528<br>Austin, TX 78711 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Camille Stecker<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | (d)Joris Lynn Dixon Sr<br>6721 Morningcrest Court<br>Arlington, TX 76002-3573 | End of Label Matrix<br>Mailable recipients    57<br>Bypassed recipients     2<br>Total                  59 |